T & T TRUCKING & EXCAVATING COMPANY, Plaintiff-Appellee, *v.* JOHN F. CHAPPLE COMPANY, Defendant-Appellant.

(No. 54658;

First District—January 3, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

John Demling, of Chicago, for appellant.

Donald Martin, of Chicago, for appellee.